# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-4017

_____

| | | |
|---|---|---|
| United States, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeals from the United States |
| | * | District Court for the Northern |
| James Edward Clay, | * | District of Iowa |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: May 15, 2001
Filed: June 19, 2001

_____

Before BOWMAN, Circuit Judge, BOGUE,[1] and MAGNUSON,[2] District Judges.[3]

_____

PER CURIAM.

_____

[1]The Honorable Andrew W. Bogue, Senior United States District Judge for the District of South Dakota, sitting by designation.

[2]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota, sitting by designation.

[3]Pursuant to 28 U.S.C. § 46(b), the Chief Judge certified the existence of a judicial emergency necessitating the designation of a panel consisting of fewer than two members of the Court of Appeals.

James Edward Clay appeals his convictions for the transportation of stolen vehicles, sale or receipt of stolen vehicles as well as conspiracy to commit the same. Clay argues there was insufficient evidence to convict him. Further, he asserts the trial court erred when it did not declare a mistrial after an improper question by the prosecution and commentary by the court.

This Court has scrutinized the record thoroughly and has determined that Clay's arguments are without merit. There was clearly sufficient evidence to support the verdict and the trial court properly gave a curative instruction after the improper question by government counsel. Under Eighth Circuit Rule 47B, no further commentary is necessary.

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.